FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

CIVIL ACTION NO. 08-cv-00922 LTB-KLM

NICKY L. SMITH,

    Applicant,

vs.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

    Upon careful examination of the record, it appears that the disposition of the above

captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this ___25th___ day of _____May_____, 2012.

                      BY THE COURT:

                      ___s/Lewis T. Babcock___
                      Lewis T. Babcock
                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00922 LTB-KLM

El Paso County District Court
Judicial Complex
270 S. Tejon St.
Colorado Springs, CO 80903

Nicky L. Smith
# 98861
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

John Jacob Fuerst, III - Colorado Attorney General's Office-Appellate Section
**DELIVERED ELECTRONICALLY**

Laurie A. Booras - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   5/25/2012   .

GREGORY C. LANGHAM, CLERK

By: s/ D. Berardi
Deputy Clerk